174 A.3d 512

STATE OF NEW JERSEY, PLAINTIFF–RESPONDENT,
v. ANIL NAYEE, DEFENDANT–PETITIONER.

C–186 September Term 2017
079328

October 16, 2017

## ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A–000931–15 having been submitted to this Court, and the Court having considered the same;

It is ORDERED that the petition for certification is denied.